NORTHERN AREA PERSONAL CARE HOME ADMINISTRATORS ASSOCIATION; Southeastern Regional Caregivers Alliance; Hopwood Village Manor; Sandra Pantalo; Linda's Nursing Service, Inc., t/d/b/a Colonial Gardens Guest House; Idelle Corporation t/d/b/a Carmella's House; Paxton Street Benevolent Society, Inc., t/d/b/a Paxton Street Home, Appellants,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellee.

Supreme Court of Pennsylvania.

March 26, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2007, the Order of the Commonwealth Court is AFFIRMED.